**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

   VS                                                                             CASE NO. 3:08cr124 LAC

MAHESH MEHTA

### REFERRAL AND ORDER

Referred to Judge Lacey Collier on   August 25, 2009
Motion/Pleadings:   MOTION TO UNSEAL INDICTMENT
Filed by  GOVERNMENT       on 8/24/09     Doc.# 9

RESPONSES:

                                              on          Doc.#
                                              on          Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed    ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)                      Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 25th day of August, 2009, that:*

*(a) The relief requested is **GRANTED.***

*(b)* _____

                                                                     *s/L.A. Collier*
                                                               ***LACEY A. COLLIER***
                                                     *Senior United States District Judge*

Entered On Docket: _____ By: ___
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.